1 | Jeanne L. Zimmer (SBN: 123321)
  | Zimmerj@cmtlaw.com
2 | Tamar Gabriel (SBN: 266860)
  | Gabrielt@cmtlaw.com
3 | Carlson & Messer LLP
  | 5959 West Century Blvd., Suite 1214
4 | Los Angeles, California 90045
  | (310) 242-2200 Telephone
5 | (310) 242-2222 Facsimile

6 | Attorneys for Defendant,
  | DIVERSIFIED CONSULTANTS, INC.

FILED
MAY 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MONICA BENABIDEZ, | Case No.: 1:14-CV-00045-AWI-BAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS** |
| DIVERSIFIED CONSULTANTS, INC. and DOES 1 through 10 inclusive, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff MONICA BENABIDEZ and Defendant DIVERSIFIED CONSULTANTS, INC. through their respective counsel of record, that Plaintiff shall dismiss the above-entitled lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)).

\\\
\\\
\\\
\\\
\\\
\\\

{00017552;1}

07724.00

1

STIPULATION TO DISMISS
Case No. 1:14-CV-00045-AWI-BAM

1  Each party to bear their own costs.

2  **SO STIPULATED.**

4  DATED: May 19, 2014          CARLSON & MESSER, LLP

6                               By: /s/ Tamar Gabriel
7                                   Jeanne L. Zimmer
                                    Tamar Gabriel
                                    Attorneys for Defendant,
8                                   DIVERSIFIED CONSULTANTS, INC.

9
10 DATED: May 19, 2014          LAW OFFICE OF L. PAUL MANKIN

12                              By: /s/ L. Paul Mankin
                                    L. Paul Mankin
                                    Attorneys for Plaintiff,
13                                  MONICA BENABIDEZ

15                              It is so Ordered. Dated: 5-20-14

                                _____
                                United States District Judge

{00017552;1}

2

STIPULATION TO DISMISS
Case No. 1:14-CV-00045-AWI-BAM

07724.00